02-11-331-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00331-CV

 

 


 
 
 William Mayo
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Technical Transportation
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 352nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Agreed Motion For Remand.”  The motion is GRANTED. 
We set aside, without regard to the merits, the trial court=s
judgment and remand this case to the trial court for further proceedings in
accordance with the parties’ agreement.  See Tex. R. App. P.
42.1(a)(2)(B); Innovative Office Sys., Inc. v. Johnson, 911 S.W. 2d 387,
388 (Tex. 1995); In re Ortega, 225 S.W.3d 610, 610–11 (Tex. App.––El
Paso 2006, no pet.).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ. 


 

DELIVERED:
 March 15, 2012









[1]See Tex. R. App. P. 47.4.